John Gallagher

P.O. Box 712473

Santee, CA 92072

**In Pro Se**

FILED
2008 MAY 19 PM 1:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALLAGHER<br><br>            Plaintiff<br><br>    vs.<br><br>SAN DIEGO UNIFIED PORT<br>DISTRICT AND DOES 1 THROUGH 20<br><br>            Defendants | CASE NO. '08 CV 0886 IEG RBB<br><br>**CIVIL RIGHTS CLASS ACTION**<br><br>1. VIOLATION OF ADA 42 U.S.C. SECTION 12101<br>2. VIOLATION OF UNRUH CIVIL RIGHTS ACT 51, 52, 54<br>3. DISCRIMINATION ADA 42 U.S.C. SECTION 12132<br>4. BREACH OF STATUTORY PROTECTIONS FOR PHYSICALLY HANDICAPPED PERSONS<br>5. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS<br><br>**DEMAND FOR JURY TRIAL** |

**INTRODUCTION**

Plaintiff, John Gallagher, for himself and on behalf of others similarly situated hereinafter referred to as plaintiff, files his causes of actions against defendant SAN DIEGO UNIFIED PORT DISTRICT

1

1 | causes of actions against defendant SAN DIEGO UNIFIED PORT DISTRICT
2 | and Does 1 through 20.

### JURISDICTION AND VENUE

1. This Court has jurisdiction of this civil action to 28 U.S.C. Section 1343 (a) (3), and 1343 (a) (3), and 1343 (a) (4), for claims arising under the American Disability Act of 1990, 42 U.S.C. Section 12101, and the Court supplemental jurisdiction 28 U.S.C. Section 1367.

### PARTIES

2. Defendant, SAN DIEGO UNIFIED PORT DISTRICT is at all times mentioned herein is a local governmental entity, and or municipal corporation, organized and existing, or providing public programs, activities, and services under the laws of the State of California. Also, defendant SAN DIEGO UNIFIED PORT DISTRICT owns and controls boat mooring and docking facilities on the perimeter of San Diego Bay.

3. Plaintiff is informed and believes and therein alleges that Does 1 through 20 were at all times relevant herein all employees, agents, or representatives of defendant SAN DIEGO UNIFIED PORT DISTRICT. Plaintiff is ignored of the true names and capacities of defendant's sued herein as Does 1 through 20, inclusive, and therefore, sue these defendant's by such fictitious names. Plaintiff ask for leave of the Court to amend this complaint to allege the true names and capacities when ascertained.

4. Plaintiff, and all members of the class represented by plaintiff, and each of them, are otherwise qualified individuals as provided in the American Disability Act 42 U.S.C. Section 12101 , and California Unruh Act Civil Codes 51, 52, 54.1, 54.3, 55, and Discrimination under the American Disability Act 42 U.S.C. Section 12132, which refer to the protection of the rights of people with disabilities.

5. Plaintiff is a owner of a sailboat, and has moored within the anchorage and docking facility under control of defendant SAN DIEGO UNIFIED PORT DISTRICT, known as Glorietta Bay and anchorage 9 which is part of San Diego Bay.

6. Plaintiff is a member of a class of persons with mobility impairments. This class consists of people with disabilities, such as plaintiff, who has been denied full and equal access to the public programs, activities and services of defendant SAN DIEGO UNIFIED PORT DISTRICT. Plaintiff, and others similarly situated are and have been denied full and equal access to the public services, activities and benefits operated and or provided by the defendant SAN DIEGO UNIFIED PORT DISTRICT, and or have been discriminated against by defendant.

7. The members of the class described herein are so numerous that it would be impracticable because of numerous persons fall within said class description.

8. The questions of law and facts are common to members of the class where their civil rights have been violated. These class members have been denied full access to defendant's public accommodation to architectural barriers.

## ALLEGATIONS

9. Plaintiff alleges that defendant SAN DIEGO UNIFIED PORT DISTRICT deliberately and intentionally committed discriminatory acts towards plaintiff by denying him access to San Diego Bay.

10. On July 7, 2007, defendant Ellen Gross Miles written a letter to plaintiff explaining that ordinance 4.36 terminated plaintiff's life time free anchorage permit and access to San Diego Bay.

11. Plaintiff was not informed about ordinance 4.36 by defendant SAN DIEGO UNIFIED PORT DISTRICT.

12. Plaintiff learned through other boaters that ADA anchorage 9 was not issuing permits where plaintiff written several to defendant SAN DIEGO UNIFIED PORT DISTRICT on the issue of renewing his permit, however, plaintiff's letters were ignored.

13. Plaintiff settled with defendant SAN DIEGO UNIFIED PORT DISTRICT in 2000, where 8 years later defendant SAN DIEGO UNIFIED PORT DISTRICT has done absolutely nothing about ramps and rails within San Diego Bay docks.

I

**FIRST CAUSE OF ACTION**

**VIOLATION OF AMERICAN DISABILITY ACT 42 U.S.C. SECTION 12101**

14. Plaintiff realleges and incorporates by each and every allegation contained in paragraphs 9 through 13, inclusive as set forth fully herein.

15. Pursuant to the ADA Title II(42 U.S.C. Section 12131), defendant SAN DIEGO UNIFIED PORT DISTRICT is required to provide full and equal access to its public programs, activities, and services.

16. Plaintiff is denied full and equal access to defendant SAN DIEGO UNIFIED PORT DISTRICT public programs, activities, and services. Plaintiff was, therefore, subjected to discrimination and is entitled To injunctive relief pursuant to the American Disability Act as a result of the actions, or inaction of defendant SAN DIEGO UNIFIED PORT DISTRICT.

17. Among other remedies, plaintiff seeks an injunction order requiring compliance with State and Federal laws which protect people with disability from discrimination based upon relief the Court may deem proper.

18. Plaintiff seeks to redress his rights under the American

Disability Act, and asks this Court to issue injunctive relief against defendant to end the ongoing discrimination.

## II

## SECOND CAUSE OF ACTION

## VIOLATION OF CALIFORNIA CIVIL CODES 51, 52, 54

19. Plaintiff realleges and incorporates by reference each and every allegation contained in paragraph 9 through 13, as set forth fully herein.

20. Based on the Facts herein above in this complaint, defendant SAN DIEGO UNIFIED PORT DISTRICT did, and continues to discriminate against plaintiff and persons similarly situated by denying disabled persons full and equal access to and enjoyment of the subject facility and of defendant's services, facilities, privileges, or accommodations within a public accommodation, in violation of California Civil Code Sections 51, 52, and 54.

21. Defendant SAN DIEGO UNIFIED PORT DISTRICT actions constitute a violation of plaintiff's rights under California Civil Code Section 54, therefore, he is entitled to injunctive relief remedying all such violations of California access laws and standards. Also, plaintiff is entitled to damages under California Civil Code Section 54.3 for each offense.

## III

## THIRD CAUSE OF ACTION

## DISCRIMINATION AMERICAN DISABILITY ACT 42 U.S.C. SECTION 12132

22. Plaintiff realleges and incorporates herein each and every allegation contained in paragraph 9 through 13 as set forth fully herein.

23. Pursuant to the American Disability Act, a public entity illegally

1 discriminates against a person with disabilities by excluding them
2 from the benefits of services of the public entity under 42 U.S.C.
3 Section 12132.
4 24. In committing the acts alleged above, defendant's SAN DIEGO
5 UNIFIED PORT DISTRICT, acted maliciously and or were guilty of a
6 wanton and reckless disregard for the rights, feelings and safety of
7 people with disability is entitled to compensatory and punitive
8 damages in an amount to be proven at trial.

## IV

## FOURTH CAUSE OF ACTION

## BREACH OF STATUTORY PROTECTIONS FOR PHYSICALLY HANDICAPPED PERSONS

12 25. Plaintiff realleges and incorporates herein each and every
13 allegation contained in paragraphs 9 through 13 as set forth fully
14 herein.
15 26. At all times relevant hereto, and is in effect of the American
16 with Disability Act pursuant to California Civil Code Sections 51, 52,
17 and 54, California Government Code Section 4450, and Health and Safety
18 Code 19955., all of which require that public accommodation and
19 facilities built with private funds provide services to people with
20 disabilities which are equal treated the same, as to individuals who
21 are not disabled.
22 27. The defendant SAN DIEGO UNIFIED PORT DISTRICT owed plaintiff a
23 mandatory statutory duty to provide him full and equal access to
24 accommodations, advantages, facilities, privileges, and services of
25 business establishments, and or to otherwise avoid discriminatory acts
26 towards plaintiff. Also, plaintiff is a member of a class with
27 disabilities in which these statutes are designed to protect.
28 28. Defendant, SAN DIEGO UNIFIED PORT DISTRICT continues to violate

the American Disability Act and State regulations promulgated pursuant to the State statutes by constructing, or altering San Diego Bay docks without installing ramps at the docks.

29. In committing the acts alleged above, defendant SAN DIEGO UNIFIED PORT DISTRICT acted maliciously and or were guilty of a wanton and reckless disregard for the rights, feelings and safety of people with disability including to compensatory and punitive damages in the amount to be proven at trial.

## V

## FIFTH CAUSE OF ACTION

## INTENTIONAL INFLICTION OF PHYSICAL AND EMOTIONAL DISTRESS

30. Plaintiff realleges and incorporates herein each and every allegation contained in paragraphs 9 through 13 as set forth fully herein.

31. Based on the facts herein above in this complaint, SAN DIEGO UNIFIED PORT DISTRICT did and continues to discriminate against plaintiff and persons similarly situated by denying disabled persons full and equal access to and enjoyment of the subject facility and of defendant's services, facilities, privileges, or accommodations within a public accommodations. Defendant SAN DIEGO UNIFIED PORT DISTRICT deliberately and intentionally denied plaintiff access to San Diego Bay.

32. These actions by defendant SAN DIEGO UNIFIED PORT DISTRICT were outrageous and intentionally done with malice and reckless disregard the likelihood of causing plaintiff to suffer severe physical and emotional distress. The defendant SAN DIEGO UNIFIED PORT DISTRICT deliberately and intentionally committed evil acts towards plaintiff.

33. As a proximate result of the aforementioned outrageous acts of the

1  defendant, plaintiff has suffered physical and emotional distress.
2  Additionally, as a proximate result of the aforementioned outrageous
3  acts by defendant, plaintiff has been traumatized in not returning in
4  the water.
5  34. As a proximate result of the aforementioned evil acts of the
6  defendant, plaintiff has suffered general and special damages.
7  35. In doing these evil acts herein alleged, defendant acted
8  knowingly, intentionally, and maliciously where plaintiff is entitled
9  to exemplary and punitive damages.

Respectfully Submitted,

*[signature]*   5/19/08

JOHN GALLAGHER
In Pro Se

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
John Gallagher

**DEFENDANTS**
San Diego Unified Port District

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PO Box 712473
Santee, CA 92072

Attorneys (If Known)

'08 CV 0886 IEG RBB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
47 U.S.C. Section 17132
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**  ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 5/19/08   SIGNATURE OF ATTORNEY OF RECORD  John Gallagher

**FOR OFFICE USE ONLY**
RECEIPT # 151042   AMOUNT 350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

5/19/08

```
       UNITED STATES
       DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

      # 151042     - SR

        May 19, 2008
         13:45:04


       Civ Fil Non-Pris
   USAO #.: 08CV0886 CIV. FIL.
   Judge..: IRMA E GONZALEZ
   Amount.:              $350.00 CC



       Total-> $350.00


   FROM: GALLAGHER V. S.D. UNIFIED
         PORT DISTRICT
         CIVIL FILING
```