1 | John Gallagher

2 | P.O. Box 712473

3 | Santee, CA 92072

4 | Telephone (619) 379-8279

5 | **In Pro Se**

FILED
08 JUL 11 AM 11:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALLAGHER ) | CASE NO. 08-cv-00886 IEG(RBB) |
| Plaintiff ) | **CIVIL RIGHTS CLASS ACTION FIRST AMENDED COMPLAINT** |
| vs. ) | 1. VIOLATION OF ADA 42 U.S.C. SECTION 12101 |
| ) | 2. VIOLATION OF THE EQUAL PROTECTION CLAUSE UNDER THE FOURTEENTH AMENDMENT |
| SAN DIEGO UNIFIED PORT DISTRICT, CITY OF CORONADO AND DOES 1 THROUGH 20 ) | 3. DISCRIMINATION ADA 42 U.S.C. SECTION 12132 |
| Defendants ) | 4. BREACH OF STATUTORY PROTECTIONS FOR PHYSICALLY HANDICAPPED PERSONS |
| | 5. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

**DEMAND FOR JURY TRIAL**

INTRODUCTION

Plaintiff, John Gallagher, for himself and on behalf of others

1

1  similarly situated hereinafter referred to as plaintiff, files his
2  causes of actions against defendant SAN DIEGO UNIFIED PORT DISTRICT
3  and Does 1 through 20.

## JURISDICTION AND VENUE

1. This Court has jurisdiction of this civil action to 28 U.S.C. Section 1343 (a) (3), and 1343 (a) (3), and 1343 (a) (4), for claims arising under the American Disability Act of 1990, 42 U.S.C. Section 12101, and the Court supplemental jurisdiction 28 U.S.C. Section 1367.

## PARTIES

2. Defendant, SAN DIEGO UNIFIED PORT DISTRICT is at all times mentioned herein is a local governmental entity, and or municipal corporation, organized and existing, or providing public programs, activities, and services under the laws of the State of California. Also, defendant SAN DIEGO UNIFIED PORT DISTRICT owns and controls boat mooring and docking facilities on the perimeter of San Diego Bay.

3. Plaintiff is informed and believes and therein alleges that Does 1 through 20 were at all times relevant herein all employees, agents, or representatives of defendant SAN DIEGO UNIFIED PORT DISTRICT. Plaintiff is ignored of the true names and capacities of defendant's sued herein as Does 1 through 20, inclusive, and therefore, sue these defendant's by such fictitious names. Plaintiff ask for leave of the Court to amend this complaint to allege the true names and capacities when ascertained.

4. Plaintiff, and all members of the class represented by plaintiff, and each of them, are otherwise qualified individuals as provided in the American Disability Act 42 U.S.C. Section 12101 , and California Civil Codes 51, 52, 54.1, 54.3, 55, and Discrimination under the American Disability Act 42 U.S.C. Section 12132, which refer to

the protection of the rights of people with disabilities.

5. Plaintiff is a owner of a sailboat, and has moored within the anchorage and docking facility under control of defendant SAN DIEGO UNIFIED PORT DISTRICT, known as Glorietta Bay and anchorage 9 which is part of San Diego Bay.

6. Plaintiff is a member of a class of persons with mobility impairments. This class consists of people with disabilities, such as plaintiff, who has been denied full and equal access to the public programs, activities and services of defendant SAN DIEGO UNIFIED PORT DISTRICT. Plaintiff, and others similarly situated are and have been denied full and equal access to the public services, activities and benefits operated and or provided by the defendant SAN DIEGO UNIFIED PORT DISTRICT, and or have been discriminated against by defendant.

7. The members of the class described herein are so numerous that it would be impracticable because of numerous persons fall within said class description.

8. The questions of law and facts are common to members of the class where their civil rights have been violated. These class members have been denied full access to defendant's public accommodation to architectural barriers.

**ALLEGATIONS**

9. Plaintiff is a post polio survivor where he has little, or some strength in his left leg. Plaintiff must use a brace which stabilizes his leg and prevents my leg from bending at the knee. Also, plaintiff walks with a significant limp due to plaintiff's leg is shorter than his right leg. However, plaintiff can still navigate his vessel where he can sit while operating his vessel.

10. On July 26, 2006, just two days after receiving plaintiff's ADA

A-9 anchor permit plaintiff's sail boat was vandalized, where he explained to defendant SAN DIEGIO UNIFIED PORT DISTRICT, that he was unable to utilize his sail boat until January of 2007, due to repairs. Shortly thereafter in January of 2007, plaintiff made several phone calls including letters to defendant SAN DIEGO UNIFIED PORT DISTRICT on the issue of renewing his ADA A-9 permit, however, plaintiff's requests to renew his permit was ignored.

11. On July 6, 2007, defendant SAN DIEGO UNIFIED PORT DISTRICT attorney Ellen Gross Miles wrote a letter to plaintiff stating that plaintiff's ADA A-9 anchor permit had expired pursuant to ordinance 4.36 when defendant SAN DIEGO UNIFIED PORT DISTRICT amended its ordinance on September 5, 2006, where once again just one month after plaintiff received his ADA A-9 anchor permit, and where his sail boat was vandalized, which was July 24, 2006.

12. Defendant's SAN DIEGO UNIFIED PORT DISTRICT, CITY OF CORONADO has continued to do absolutely nothing about ADA accommodations, or access on the issue of boat ramps and dock ramps within ADA anchorage 9, Anchorage 3, Anchorage 5, and the City of Coronado.

13. Defendant SAN DIEGO UNIFIED PORT DISTRICT deliberately and intentionally committed discriminatory acts towards plaintiff by denying him access to Coronado and San Diego Bay.

I

**FIRST CAUSE OF ACTION**

**VIOLATION OF AMERICAN DISABILITY ACT 42 U.S.C. SECTION 12101**

14. Plaintiff realleges and incorporates by each and every allegation contained in paragraphs 9 through 13, inclusive as set forth fully herein.

15. Pursuant to the ADA Title II(42 U.S.C. Section 12131), defendant

1  SAN DIEGO UNIFIED PORT DISTRICT is required to provide full and equal
2  access to its public programs, activities, and services.
3  16. Plaintiff is denied full and equal access to defendant SAN DIEGO
4  UNIFIED PORT DISTRICT public programs, activities, and services.
5  Plaintiff is, therefore, subjected to discrimination and is entitled
6  to injunctive relief pursuant to the American Disability Act as a
7  result of the actions, or inaction of defendant SAN DIEGO UNIFIED PORT
8  DISTRICT.
9  17. Among other remedies, plaintiff seeks an injunction order
10 requiring compliance with State and Federal laws which protect people
11 with disability from discrimination based upon relief the Court may
12 deem proper.
13 18. Plaintiff seeks to redress his rights under the American
14 Disability Act, and asks this Court to issue injunctive relief against
15 defendant to end the ongoing discrimination.

II

**SECOND CAUSE OF ACTION**

**VIOLATION OF EQUAL PROTECTION RIGHTS UNDER THE FOURTEENTH AMENDMENT**

19. Plaintiff realleges and incorporates by reference each and every
20 allegation contained in paragraph 9 through 13, as set forth fully
21 herein.
22 20. On September 5, 2006, defendant SAN DIEGO UNIFIED PORT DISTRICT
23 amended its ordinance 4.36 in a attempt to evict plaintiff and all
24 disabled people from ADA anchorage 9.
25 21. As a direct and proximate result of defendant's conduct as
26 alleged herein, plaintiff and other disabled class members have
27 been discriminated against because of their disability.
28 22. Unless restrained or enjoined by this Court, defendant SAN DIEGO

1  UNIFIED PORT DISTRICT will continue to subject plaintiff and other
2  disabled people to arbitrary, unreasonable, and capricious evictions
3  within San Diego Bay without any justification; and otherwise to
4  intimidation, humiliation, and discrimination in violation of the
5  Fourteenth Amendment of the United States Constitution.
6  23. For the reasons set forth above, ordinance No. 4.36 is
7  unconstitutional, null, and void in that it deprives plaintiff of the
8  lawful use of his sail vessel without due process of law and denies
9  plaintiff the Equal protection of the laws, all in violation of the
10 Fourteenth Amendment of the United States Constitution and of Article
11 I, Section 7 of the Constitution of the State of California.
12 24. A real controversy within the meaning of the Equal Protection
13 Clause of the United Sates Constitution has arisen between plaintiff
14 and defendant's regarding their respective rights and duties under the
15 provisions of ordinance No. 4.36.
16 Wherefore, plaintiff requests that the Court render judgment:
17 1. Declaring ordinance No. 4.36 to be unconstitutional, null, and
18 void as applied to plaintiff's above described sail vessel in the
19 matters set forth in this complaint;
20 2. Granting plaintiff costs of suit; and
21 3. Awarding plaintiff such other and further relief as the Court deems
22 just and proper.

### III

### THIRD CAUSE OF ACTION

**DISCRIMINATION AMERICAN DISABILITY ACT 42 U.S.C. SECTION 12132**

26 22. Plaintiff realleges and incorporates herein each and every
27 allegation contained in paragraph 9 through 13 as set forth fully
28 herein.

23. Pursuant to the American Disability Act, a public entity illegally discriminates against a person with disabilities by excluding them from the benefits of services of the public entity under 42 U.S.C. Section 12132.

24. In committing the acts alleged above, defendant's SAN DIEGO UNIFIED PORT DISTRICT, acted maliciously and or were guilty of a wanton and reckless disregard for the rights, feelings and safety of people with disability is entitled to compensatory and punitive damages in an amount to be proven at trial.

## IV

## FOURTH CAUSE OF ACTION

## BREACH OF STATUTORY PROTECTIONS FOR PHYSICALLY HANDICAPPED PERSONS

25. Plaintiff realleges and incorporates herein each and every allegation contained in paragraphs 9 through 13 as set forth fully herein.

26. At all times relevant hereto, and is in effect of the American with Disability Act pursuant to California Civil Code Sections 51, 52, and 54, California Government Code Section 4450, and Health and Safety Code 19955., all of which require that public accommodation and facilities built with private funds provide services to people with disabilities which are equal treated the same, as to individuals who are not disabled.

27. The defendant SAN DIEGO UNIFIED PORT DISTRICT owed plaintiff a mandatory statutory duty to provide him full and equal access to accommodations, advantages, facilities, privileges, and services of business establishments, and or to otherwise avoid discriminatory acts towards plaintiff. Also, plaintiff is a member of a class with disabilities in which these statutes are designed to protect.

28. Defendant, SAN DIEGO UNIFIED PORT DISTRICT continues to violate the American Disability Act and State regulations promulgated pursuant to the State statutes by constructing, or altering San Diego Bay docks without installing ramps at the docks.

29. In committing the acts alleged above, defendant SAN DIEGO UNIFIED PORT DISTRICT acted maliciously and or were guilty of a wanton and reckless disregard for the rights, feelings and safety of people with disability including to compensatory and punitive damages in the amount to be proven at trial.

## V

### FIFTH CAUSE OF ACTION

### INTENTIONAL INFLICTION OF PHYSICAL AND EMOTIONAL DISTRESS

30. Plaintiff realleges and incorporates herein each and every allegation contained in paragraphs 9 through 13 as set forth fully herein.

31. Based on the facts herein above in this complaint, SAN DIEGO UNIFIED PORT DISTRICT did and continues to discriminate against plaintiff and persons similarly situated by denying disabled persons full and equal access to and enjoyment of the subject facility and of defendant's services, facilities, privileges, or accommodations within a public accommodations. Defendant SAN DIEGO UNIFIED PORT DISTRICT deliberately and intentionally denied plaintiff access to San Diego Bay.

32. These actions by defendant SAN DIEGO UNIFIED PORT DISTRICT were outrageous and intentionally done with malice and reckless disregard the likelihood of causing plaintiff to suffer severe physical and emotional distress. The defendant SAN DIEGO UNIFIED PORT DISTRICT deliberately and intentionally committed evil acts towards plaintiff.

33. As a proximate result of the aforementioned outrageous acts of the defendant, plaintiff has suffered physical and emotional distress. Additionally, as a proximate result of the aforementioned outrageous acts by defendant, plaintiff has been traumatized in not returning to San Diego Bay.

34. As a proximate result of the aforementioned evil acts of the defendant, plaintiff has suffered general and special damages.

35. In doing these evil acts herein alleged, defendant acted knowingly, intentionally, and maliciously where plaintiff is entitled to exemplary and punitive damages.

Wherefore, plaintiff will show during trial that this complaint is evident upon its face.

Respectfully Submitted,

*/s/ John Gallagher*
**JOHN GALLAGHER**
**In Pro Se**