# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 15 AM 10: 34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

John Gallagher         vs

San Diego Unified Port District,
City of Coronado and Does 1 Through 20

**SUMMONS IN A CIVIL ACTION**
Case No. 08-CV-0886 IEG (RBB)

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John Gallagher
P.O. Box 712473
Santee Ca 92072

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              JUL 1 5 2008
_____                          _____
CLERK                                              DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)