# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 21   AM 10:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

John Gallagher
vs

San Diego Unified Port District,
City of Coronado and Does 1 Through 20

**SUMMONS IN A CIVIL ACTION**
Case No. 08-CV0886-IEG (RBB)

TO: (Name and Address of Defendant)

City of Coronado
Linda Hascup
1825 Strand Way
Coronado, CA 92118

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John Gallagher
P. Box 712473
Santee CA 92072

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 1 5 2008

W. Samuel Hamrick, Jr.
CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

```
------------------------------------------------------------------ FOR COURT USE ONLY -----
Attorney or Party Without Attorney:                |                                       |
JOHN GALLAGHER                                     |                                       |
P.O. BOX 712473                                    |                                       |
SANTEE, CA. 92072                                  |                                       |
Telephone:  (619) 379-8279                         |                                       |
                                                   |                                       |
On behalf of:  In Pro Persona      Ref: JOHN       |                                       |
---------------------------------------------------|                                       |
Court:  USDC SOUTHERN DISTRICT OF CALIFORNIA       |                                       |
---------------------------------------------------|                                       |
Case Title:  GALLAGHER v.                          |                                       |
             SAN DIEGO UNIFIED PORT                |                                       |
------------------------------------------------------------------------------------------
   PROOF OF SERVICE                                      Case No.: 08-CV 0886 IEG (RBB)
------------------------------------------------------------------------------------------
```

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS FIRST AMENDED COMPLAINT

2. a. Party Served: CITY OF CORONADO
   b. Person Served: LINDA HASCUP, CITY CLERK AUTH. TO ACCEPT
   c. Address:      1825 STRAND WAY
                    CORONADO, CA. 92118

3. I served the party named in item 2a
   a. By personally delivering the copies:
      (1) on: JULY 16, 2008      (2) at: 10:31 AM

5. Person Serving:                              [Recoverable Costs per 1033.5(a)(4)
      AL GOTTLIEB                             a. Fee for Service:      55.00
      C/O EXPRESS PROCESS SERVICE             d. Registered California Process Server
      110 WEST "C" STREET, SUITE 713             (1) Owner.
      SAN DIEGO, CA 92101                        (2) Registration No.: 1355
      (619) 232-4800                             (3) County: SAN DIEGO

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: JULY 17, 2008                 Signature: _____
                                                  AL GOTTLIEB

Jud. Coun. form, rule 2.150                                              0800975