| | |
|---|---|
| 1 | **SAN DIEGO UNIFIED PORT DISTRICT** |
| | **DUANE E. BENNETT, ESQ. (SBN 110202)** |
| 2 | **PORT ATTORNEY** |
| | **ELLEN GROSS MILES, ESQ.(SBN 149127)** |
| 3 | **DEPUTY PORT ATTORNEY** |
| | **WILLIAM D. MCMINN,ESQ. (211002)** |
| 4 | **DEPUTY PORT ATTORNEY** |
| | **3165 Pacific Highway** |
| 5 | **P.O. Box 120488** |
| | **San Diego, CA 92112-0488** |
| 6 | **Phone:     (619) 686-6219** |
| | **Fax:         (619) 686-6444** |

Attorneys for Defendant
SAN DIEGO UNIFIED PORT DISTRICT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALLAGHER, | Case No. 08-CV-0886 IEG (RBB) |
| Plaintiff, | |
| vs. | **NOTICE OF RELATED CASES** |
| | **[UNITED STATES DISTRICT COURT,** |
| SAN DIEGO UNIFIED PORT DISTRICT, | **SOUTHERN DISTRICT, LOCAL RULE 40.1 e]** |
| CITY OF CORONADO, AND DOES 1 | |
| through 20, inclusive, | |
| Defendants. | |

Defendant, SAN DIEGO UNIFIED PORT DISTRICT (District) respectfully submits this Notice of Related Cases, pursuant to United States District Court, Southern District, Local Rule 40.1e. (Rule 40.1e.), herein as set forth below.

Rule 40.1e. states that whenever counsel has reason to believe that a pending action or proceeding on file or about to be filed is related to another pending action or proceeding on file in this or any other federal or state court (whether pending, dismissed, or otherwise terminated), counsel shall promptly file and serve on all known parties to each related action or proceeding a notice of related case, stating the title, number and filing date of each action

1 or proceeding believed to be related, together with a brief statement of their relationship and
2 the reason why assignment to a single district judge is or is not likely to effect a saving of
3 judicial effort and other economies.  The clerk will promptly notify the court of such filing.  This
4 is a continuing duty that applies not only when counsel files a case with knowledge of a
5 related action or proceeding but also applies after the date of filing whenever counsel learns
6 of a related action or proceeding.

7 The District has reason to believe that the above captioned pending action *John
8 Gallagher v. San Diego Unified Port District, City of Coronado, and Does 1 through 20,* filed
9 with this Court on July 11, 2008, as United States District Court Case NO. 08 CV 0886 IEG
10 (RBB), is related to another action also initiated by plaintiff Gallagher, namely *John Gallagher
11 v. San Diego Unified Port District and Does 1 through 20, Inclusive,* filed with this Court in or
12 about April, 1998, as United States District Court Case No. 98 CV 0615 J (JAH) and
13 terminated in part by settlement agreement filed with the District Clerk on August 8, 2000 with
14 respect to plaintiff's claims regarding equal access to the District's programs and facilities,
15 with final judgment entered on December 29, 2000, which resolved plaintiff's anchoring claim.
16 These actions are interrelated because they involve the same plaintiff, same defendant, and
17 issues concerning the District's reasonable accommodation of boaters in its free long term
18 anchorage, known as the A-8 Anchorage, the District's creation of the A-9 Disabled
19 Anchorage for boaters unable to use the A-8 Anchorage due to disability, and the
20 interpretation of Unified Port District (UPD) code sections pertaining to anchoring in San
21 Diego Bay.

22 Further, the District has reason to believe that the above-captioned pending action is
23 also related to another proceeding on file in this Court, namely, *Daniel Renard v. San Diego
24 Unified Port District, and Board of Commissioners, and as Individuals Robert J. (Rocky)
25 Spane, and Sylvia C. Rios, and Michael B. Bixler, and Stephen P. Cushman, and Mike
26 Najera, and Robert "Dukie" Valderrama, and Bruce B. Hollingsworth, San Diego Harbor
27 Police, and as Individuals Kirk M. Sanfilippo, and Kim Fives, and Officer Miles, Bay Control
28 Officer Sgt. Micsclhtllis, Officer Tosada, Sgt. Leeson, San Diego Unified Port District,*

1 *Individually, and Does 1 though 10, Inclusive and* individually, filed with this Court on
2 December 6, 2006, as United States District Court Case No. 06 CV 2665 H (BLM), which is
3 currently on appeal before the Ninth Circuit Court of Appeals.  This case is related because it
4 arose from substantially identical transactions, happenings or events in that both plaintiff
5 Gallagher and the Renard plaintiff alleged violations of the Americans with Disabilities Act
6 (ADA) based upon the District's elimination of free long term anchoring in the A-8 and A-9
7 Disabled Anchorages.
8       As set forth in United States District Court, Southern District, Local Rule 40.1(f), an
9 action or proceeding is related to another action or proceeding where both of them:
10     1.      Involve some of the same parties and are based on the same or similar
11            claims, or;
12     2.      Involve the same property, transaction, or event, or;
13     3.      Involve substantially the same facts and the same questions of law.
14 Here, Gallagher's new case and his old case clearly involve all of the same parties and are
15 based on similar claims.  Both the new *Gallagher* case as well as the *Renard* case allege that
16 the District violated the ADA based upon the elimination of free and long-term anchoring in
17 the A-8 and A-9 Disabled Anchorages.  Although plaintiff Gallagher's earlier case involved
18 what would constitute a reasonable accommodation for disabled boaters on San Diego Bay
19 and interpretation of the District's third offer of judgment, the *Renard* case, which is pending
20 on appeal, directly ruled on the claims in Gallagher's current case; i.e., that the District's
21 elimination of free long-term anchoring in the A-8 and A-9 Disabled Anchorages violates his
22 rights under the ADA and its California counterparts.
23       Consequently, the District respectfully requests that the above-captioned case,
24 *Gallagher v. San Diego Unified Port District*, be assigned to either the Honorable Senior
25 Judge Napolean A. Jones, Jr., who presided over plaintiff Gallagher's earlier lawsuit (98 CV ,
26 0615 J (JAH)) or to the Honorable Marilyn L. Huff, who presided over the *Renard v. San*
27 / / /
28 / / /

*Diego Unified Port District, et al.* case (06 CV 2665 H (BLM)) which involves substantially similar claims to those alleged by plaintiff herein, in order to effect a saving of judicial effort and other economies.

RESPECTFULLY SUBMITTED,

Dated: July 22, 2008

SAN DIEGO UNIFIED PORT DISTRICT
DUANE E. BENNETT
PORT ATTORNEY

By:  s/Ellen Gross Miles
ELLEN GROSS MILES,
Deputy Port Attorney
Attorney for Defendant
SAN DIEGO UNIFIED PORT DISTRICT
egross@portofsandiego.org

*Gallagher v. San Diego Unified Port District, et al.*
**Case No. 08-CV-0886 IEG (RBB)**

**CERTIFICATE OF SERVICE**

The following document(s) are associated with this transaction:

**NOTICE OF RELATED CASES [UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT, LOCAL RULE 40.1e]**

**Notice will be electronically mailed to:**

N/A

**Notice will be delivered by other means to:**

John Gallagher
P.O. Box 712473
Santee, CA 92072
(619) 379-8279
(via first class mail)

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of July, 2008, at San Diego, California.


                                        By:  s/Ellen Gross Miles
                                               E-mail:  egross@portofsandiego.org