**SAN DIEGO UNIFIED PORT DISTRICT**
**DUANE E. BENNETT, ESQ. (SBN 110202)**
**PORT ATTORNEY**
**ELLEN BROSS MILES, ESQ. (SBN 149127)**
**DEPUTY PORT ATTORNEY**
**3165 Pacific Highway**
**P.O. Box 120488**
**San Diego, CA 92112-0488**
**Phone:      (619) 686-6219**
**Fax:         (619) 686-6444**

Attorneys for Defendant,
SAN DIEGO UNIFIED PORT DISTRICT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALLAGHER,<br><br>          Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED PORT DISTRICT, CITY OF CORONADO, AND DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 08 CV 0886 IEG (RBB)<br><br>**DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>Date:  September 15, 2008<br>Time:  10:30 a.m.<br>Honorable Irma E. Gonzalez<br>Courtroom 1 |

**TO PLAINTIFF IN THIS ACTION:**

**NOTICE IS HEREBY GIVEN THAT** on September 15, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the above-entitled court, defendant SAN DIEGO UNIFIED PORT DISTRICT will move for an order to dismiss the complaint in the above-entitled action.  This motion is made upon the grounds that the complaint fails to state a claim upon which relief can be granted.

/ / /

/ / /

/ / /

1  This motion will be based upon this notice, the accompanying memorandum of points
2  and authorities, any exhibits thereto, and upon such matters as may be presented at the
3  hearing on this motion.

5  Dated:  August 5, 2008         SAN DIEGO UNIFIED PORT DISTRICT
                                  DUANE E. BENNETT
6                                 PORT ATTORNEY

8                         By:  /s/ Ellen Gross Miles
                               ELLEN GROSS MILES,
9                              Deputy Port Attorney
                               Attorney for Defendants
10                             egmiles@portofsandiego.org