**<u>Gallagher v. San Diego Unified Port District, et al.</u>**
**Case No. 08-CV-0886 IEG (RBB)**

## INDEX TO EXHIBITS

| EXHIBIT | PAGE(S) | DOCUMENT |
|---------|---------|----------|
| 1 | 1-8 | Agenda Sheet of the Board of Port Commissioner's meeting regarding §4.36, dated August 22, 2000 |
| 2 | 9-21 | Original Ordinance 2107 (§4.36), dated August 22, 2000 |
| 3 | 22-36 | Settlement Agreement and Release of Claims dated August 8, 2000 in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH) |
| 4 | 37-41 | Third Offer of Judgment in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH), dated 11/17/00 |
| 5 | 42-43 | Plaintiff's Acceptance of Third Offer of Judgment in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH), dated 11/27/00 |
| 6 | 44-57 | UPD Code §4.38, dated June 3, 2003 |
| 7 | 58-65 | Completion Report submitted by District to the United States Army Corps of Engineers, dated May 15, 2003 |
| 8 | 66-67 | Agenda Sheet of the Board of Port Commissioner's December 6, 2005 meeting regarding the A-8 Anchorage |
| 9 | 68-71 | Minutes from the December 6, 2005 Board of Commissioner's meeting |
| -- | *72-75* | *BLANK* |
| 10 | 76-84 | Agenda Sheet of the Board of Port Commissioner's May 2, 2006 meeting regarding the A-8 Anchorage |
| 11 | 85-91 | Minutes from the May 2, 2006 Board of Commissioner's meeting |
| 12 | 92-101 | Agenda Sheet of the Board of Port Commissioner's June 6, 2006 meeting regarding the A-8 Anchorage |
| 13 | 102-105 | Minutes from June 6, 2006 Board of Port Commissioner's meeting |
| 14 | 106-116 | Agenda Sheet of the Board of Port Commissioner's September 5, 2006 meeting regarding the A-8 Anchorage |
| 15 | 117-120 | Minutes from September 5, 2006 Board of Port Commissioner's meeting |
| 16 | 121-140 | Letter to John Gallagher from Ellen Gross Miles, dated July 6, 2007 |

**<u>Gallagher v. San Diego Unified Port District, et al.</u>**
**Case No. 08-CV-0886 IEG (RBB)**

## INDEX TO EXHIBITS (p. 2)

| EXHIBIT | PAGE(S) | DOCUMENT |
|---------|---------|----------|
| 17 | 141-159 | Order Granting Defendants' Motion to Dismiss Without Prejudice, dated 4/4/07, in *Renard v. San Diego Unified Port District*, 06-CV-2665 H (BLM) |
| 18 | 160-196 | Plaintiff's Notice of Motion and Motion to Enforce Judgment, with accompanying documents, dated November 1, 2002, in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH) |

Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for JOHN GALLAGHER



FILED

NOV 1 2002

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOHN GALLAGHER,<br><br>          Plaintiff,<br><br>vs.<br><br>SAN DIEGO UNIFIED PORT DISTRICT and<br>DOES 1 THROUGH 20, Inclusive,<br><br>          Defendants. | Case No.: 98 cv 0615  J (JAH)<br><br>DECLARATION OF JOHN GALLAGHER<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION TO ENFORCE THE JUDGMENT<br><br>[F.R.Civ.P. Rule 68]<br><br>Date:  12/2/02<br>Time:  10:30 a.m.<br>Courtroom: 12<br>Judge: The Honorable<br>          Napoleon A. Jones |

I, JOHN GALLAGHER, hereby declare:

1.   I am a party to this action.  If called to testify, I would and could competently and truthfully testify to the following facts.

2.   I am a post-polio survivor and I have little strength in my left leg.  I must use a brace which stabilizes my leg and prevents me from bending my leg at the knee.  I walk with a significant limp because my left leg is substantially shorter than my right leg. Because of these physical conditions, I have difficulty maintaining my balance in rough waters, which effects my ability to transfer from my dinghy to my boat.  While I am unable to make such difficult transfers, I am still able to navigate a boat, because I can sit while operating the vessel.

3.    When transferring from my boat to my dinghy, or vice versa, I must negotiate a difference in gunnel height of about three to five feet, depending on the type of boat.  This requires that I attempt to raise myself from an unstable dinghy to a level three to five feet higher than the dinghy.  Depending upon the height of the boats, I may also be required to negotiate a vertical ladder.  This is a difficult task in calm waters, but is impossible in rough waters.

4.    Further, like all sailors without boat slips, I must use a dinghy to transfer from my boat to shore.  My post-polio condition has effected my muscle strength, however, and I am unable to row my dinghy for more than about 150 yards before I become too fatigued to continue.

5.    When the San Diego Unified Port District attempted to evict me from Glorietta Bay near Coronado, where I had anchored free of charge for more than three years, I filed an action under Title II of the Americans with Disabilities Act.  I alleged that I was denied full and equal access to the programs, services and activities of the PORT because he was unable to utilize the only long-term, free anchoring location.

6.    Because the Third Offer of Judgment issued by the Port contained a provision which provided reasonable accommodations to those individuals with disabilities who could not use A-9, I felt compelled to accept the Offer because it was unlikely that I would recover greater relief if the matter went to trial.  That is, the Port offered an alternative location for long-term free anchoring (the A-9 Anchorage), other than A-8, and also offered to provide reasonable accommodations to anyone who could not use the alternative location.

1    7.    I attempted to obtain a disabled boating permit, but was
2 unable to do so for at least three and one-half months because the
3 PORT had not instituted a procedure by which such an application
4 could be made.  Finally, I was directed to submit the standard
5 application for an A-9 permit, which included the timing restrictions
6 that were not supposed to apply to people with disabilities.  I
7 explained to the person providing the application that I could not
8 use the A-9 Anchorage because of my disability.  I was then directed
9 to provide a letter to the Executive Director of the PORT regarding
10 his request for another anchoring location.  I submitted the letter
11 and the Application in mid-April of 2001.  Other concerns which I
12 have expressed to the Port are the fact that the "protected" portion
13 of A-9 is more than 1400 yards away from the closest dinghy dock.
14 The A-8 dinghy dock is much closer and even that distance is too far
15 for me to travel, given the weather and wave conditions at A-8.
16 Also, the A-8 Anchorage has a boat launch ramp, unlike A-9.
17 Therefore, A-9 is not comparable to A-8, which does have a boat
18 launch ramp.

19    8.    I was finally granted a meeting with PORT officials on June
20 5, 2001, regarding my request for a permit to anchor long-term, free
21 of charge in a location other than A-9.  In that meeting, PORT
22 officials inquired whether I would be willing to anchor in A-9 if a
23 "break" were installed to protect against adverse sea conditions and
24 if an accessible ramp were installed.  I said that I would consider
25 that option.

26    9.    The PORT ultimately reneged on its offer to provide
27 reasonable accommodations and has since taken the position that I may
28 only anchor in the A-9 Anchorage, despite my assertions that the A-9

1 Anchorage is unuseable by me.  The PORT has offered the A-9 Anchorage

2 on a "take it or leave it" basis.  The Port has never provided me

3 with a reasonable accommodation for long-term, free anchorage,

4 despite my repeated requests.

5      10.  I am unable to use A-9 for the same reasons that I am

6 unable to use the A-8 Anchorage.  The anchorage location is too far

7 from the closest dinghy dock, the closest dinghy dock is too steep,

8 the weather and sea conditions are too extreme and there is no boat

9 launching ramp at the A-9 Anchorage.

10      11.  As I have repeatedly advised the Port, I am unable to use

11 the A-9 anchorage because of my disability and because of the adverse

12 weather and sea conditions at the A-9 Anchorage.  Even the Port

13 District has acknowledged the horrible weather conditions at A-9.  It

14 prepared a Boat Dock Evaluation in which it rated Anchorage A-8 as

15 the anchorage location with the worst weather and A-9 as the third

16 worst. The PORT's evaluation is set forth in the "San Diego Unified

17 Port District Boat Dock Evaluation", lodged herein as Exhibit "B".

18 This Evaluation was provided by the PORT District to it's ADA

19 Citizens Advisory Committee, of which I was a member.

20      12. I am merely seeking an opportunity to anchor long-term free

21 of charge in a location which has wind and weather conditions that do

22 not prohibit me from transferring between my dinghy and my boat.  I

23 also seek an anchoring location adjacent to a boat launch ramp, with

24 an accessible dinghy dock or other accessible means for getting

25 ashore and for removing my dinghy.  I also seek a location with an

26 accessible restroom a reasonable distance from the dinghy dock.

27      I declare under penalty of perjury under the laws of the State

28 of California and the United States of America that the foregoing is

1 | true and correct to the best of my knowledge.

2 | DATED:     November 1, 2002

3

4 | JOHN GALLAGHER, Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1 | Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
2 | 1850 Fifth Avenue
San Diego, California  92101
3 | Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329
4 |
Attorney for JOHN GALLAGHER
5 |
6 |
7 |
8 |          IN THE UNITED STATES DISTRICT COURT
9 |          SOUTHERN DISTRICT OF CALIFORNIA

10 | JOHN GALLAGHER,                    Case No.: 98 cv 0615  J (JAH)

11 |         Plaintiff,                 DECLARATION OF AMY B.
                                        VANDEVELD IN SUPPORT OF
12 | vs.                               PLAINTIFF'S MOTION TO ENFORCE
                                        THE JUDGMENT
13 | SAN DIEGO UNIFIED PORT DISTRICT and
DOES 1 THROUGH 20, Inclusive,          [F.R.Civ.P. Rule 68]
14 |
        Defendants.                    Date:  12/2/02
15 |                                    Time:  10:30 a.m.
                                        Courtroom: 12
16 |                                    Judge: The Honorable
                                               Napoleon A. Jones
17 |

18 |      I, AMY B. VANDEVELD, hereby declare:

19 |      1.   That I am an attorney at law duly licensed to practice in

20 | the State of California and the United States District Court for the

21 | Southern District of California and am a sole practitioner.  I am the

22 | attorney for JOHN GALLAGHER, the Plaintiff in the above entitled

23 | action.  If called to testify, I would and could competently and

24 | truthfully testify to the following facts based upon my own personal

25 | knowledge.

26 |      2.   Lodged herein as Exhibit "A" are true and correct copies of

27 | the Corrected Clerk's Judgment filed on December 29, 2000, the

28 | Plaintiff's Acceptance of Third Offer of Judgment filed November 27,

1 | 2000 and Defendant's Third Offer of Judgment.

2 |      3.    Lodged herein as Exhibit "B" is a true and correct copy of

3 | the San Diego Unified Port District's Boat Dock Evaluation.

4 |      4.    Following Mr. Gallagher's initial meeting with Port

5 | officials, Ralph Hicks, Director of Land Use Planning for the PORT

6 | District, contacted Mr. Gallagher's attorney and advised her that Mr.

7 | Gallagher could use the Glorietta Bay Anchorage, A-5, until

8 | modifications were made to the A-9 Anchorage.

9 |      I declare under penalty of perjury under the laws of the State

10 | of California and the United States of America that the foregoing is

11 | true and correct to the best of my knowledge.

12 | DATED:     November 1, 2002     LAW OFFICES OF AMY B. VANDEVELD

13 |

14 |

15 |                                AMY B. VANDEVELD,
                                Attorney for Plaintiff

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1  Amy B. Vandeveld, SBN 137904
   LAW OFFICES OF AMY B. VANDEVELD
2  1850 Fifth Avenue
   San Diego, California  92101
3  Telephone:  (619) 231-8883
   Facsimile:  (619) 231-8329
4
   Attorney for JOHN GALLAGHER
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA



10 JOHN GALLAGHER,                    Case No.: 98 cv 0615  J
                                      (JAH)
11           Plaintiff,
                                      NOTICE OF LODGMENT IN
12 vs.                                SUPPORT OF MOTION TO
                                      ENFORCE JUDGMENT
13 SAN DIEGO UNIFIED PORT DISTRICT and
   DOES 1 THROUGH 20, Inclusive,      Date:   12/02/02
14                                    Time:   10:30 a.m.
             Defendants.              Courtroom: 12
15                                    Judge: The Honorable
                                         Napoleon A. Jones
16

17      Plaintiff, JOHN GALLAGHER, respectfully lodges the following

18 Exhibits in Support of his Motion to Enforce the Judgment entered on

19 December 29, 2000.

20      1.    Lodged herein collectively as Exhibit "A" are true and

21 correct copies of the Corrected Clerk's Judgment filed on December

22 29, 2000, the Plaintiff's Acceptance of Third Offer of Judgment

23 filed November 27, 2000 and Defendant's Third Offer of Judgment.

24 ////

25 ///

26 ///

27 ///

28 ///

1        2.    Lodged herein as Exhibit "B" is a true and correct copy of

2   the San Diego Unified Port District's Boat Dock Evaluation.

3

4                                          LAW OFFICES OF AMY B. VANDEVELD

5

6   Dated:  11/1/02

                                     By:   Amy B. Vandeveld, Attorney
7                                          for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE            Case Number: 3-98-cv-00615

Gallagher - PLAINTIFF

v.

San Diego Unified - DEFENDANT



___  JURY VERDICT.  This action came before the Court for a
      trial by jury.  The issues have been tried and the jury
      has rendered its verdict.

X    DECISION BY COURT.  This action came to trial or hearing
     before the Court.  The issues have been tried or heard
     and a decision has been rendered.

CORRECTED Clerks Judgment: It is ordered and adjudged that
pursuant to Rule 68, judgment is entered in favor of
plaintiff for himself and on behalf of others similarly
situated and against defendant. Court costs and reasonable
attorney fees incurred by plaintiff in connection with the
"Anchoring Claim," as the "Anchoring Claim" is defined in
the May 2000 Settlement Agreement, from 5/1/00 to 11/17/00.

12/29/00                                    Roberta Westdal
_____                        _____
     Date                                      Clerk

                                       by R. Chambers, Deputy Clerk

                                       Entered on 12/29/00

                                            pre - Jones
                                            ref - Houston

67

A

1 | Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
2 | 1850 Fifth Avenue
San Diego, California  92101
3 | Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329
4 |
Attorney for JOHN GALLAGHER
5 |
6 |
7 |
8 | IN THE UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA

FILED

'00 NOV 27 PM 4:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

10 | JOHN GALLAGHER,

11 |         Plaintiff,

12 | vs.

13 | SAN DIEGO UNIFIED PORT DISTRICT and
DOES 1 THROUGH 20, Inclusive,

14 |

15 |         Defendants.

Case No.: 98 cv 0615  J
(JAH)

PLAINTIFF'S ACCEPTANCE
OF THIRD OFFER OF
JUDGMENT

[F.R.Civ.P. Rule 68]

16 |     TO DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT (hereinafter

17 | referred to as "PORT DISTRICT") AND TO ITS ATTORNEY OF RECORD:

18 |     **PLEASE TAKE NOTICE THAT** pursuant to Rule 68 of the Federal Rules

19 | of Civil Procedure, Plaintiff JOHN GALLAGHER hereby accepts PORT

20 | DISTRICT's Third Offer of Judgment which was mail served on November

21 | 17, 2000, and which is filed concurrently with this Acceptance.

22 |                         LAW OFFICES OF AMY B. VANDEVELD

23 |

24 | Dated: 11/27/00

25 |                         AMY B. VANDEVELD, Attorney
                        For Plaintiff

26 |

27 |

28 |

A

1        Arlene Prater, Bar No. 67191
      Shawn D. Hagerty, Bar No. 182435
2        Alison D. Alpert, Bar No. 199257
      BEST BEST & KRIEGER LLP
3        402 WEST BROADWAY, 13TH FLOOR
      SAN DIEGO, CALIFORNIA 92101-3542
4        TELEPHONE: (619) 525-1300
      TELECOPIER: (619) 233-6118
5

      Ellen Faye Gross, Bar No. 149127
6        Deputy Port Attorney
      SAN DIEGO UNIFIED PORT DISTRICT
7        POST OFFICE BOX 120488
      TELEPHONE (619) 686-6219
8        TELECOPIER (619) 686-6444

9  Attorneys for Defendant
  SAN DIEGO UNIFIED PORT DISTRICT
10

11             UNITED STATES DISTRICT COURT

12          SOUTHERN DISTRICT OF CALIFORNIA

13

14  JOHN GALLAGHER, for himself and | Case No.  98 CV 0615 J (JAH)
  on behalf of others similarly
15  situated,                        | THIRD OFFER OF JUDGMENT

           Plaintiff,     | [FRCP 68]
16
     v.
17
  SAN DIEGO UNIFIED PORT DISTRICT
18  and DOES 1 through 20,
  Inclusive,
19
           Defendant.
20

21

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
402 WEST BROADWAY, 13TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3542

1  Defendant San Diego Unified Port District ("Port District")
2  hereby offers to allow entry of judgment pursuant to Rule 68 of the
3  Federal Rules of Civil Procedure in favor of Plaintiff John
4  Gallagher, for himself and on behalf of others similarly situated
5  ("Plaintiff"), as follows:

6

7  1.  The Port District shall designate Anchorage Area A-9 (the
8  "Cruiser Anchorage") as an alternative free, long-term anchorage
9  area for qualified individuals with a disability who, because of
10 that disability, are unable to use Anchorage Area A-8 and who seek
11 a reasonable accommodation in the Port District's anchorage and
12 mooring regulations. All regulations applicable to A-8 shall apply
13 to the use of the alternative Anchorage Area A-9.

14

15 2.  The Port District shall issue a permit to Plaintiff John
16 Gallagher to anchor in Anchorage Area A-9 as an alternative free,
17 long-term anchorage area, subject to all the regulations applicable
18 to A-8.  In addition, the Port District shall, on a ministerial
19 basis, issue up to three additional permits to anchor in A-9 to
20 persons who demonstrate that they are qualified individuals with a
21 disability who, because of that disability, are unable to use
22 Anchorage Area A-8 and who seek to use A-9 as a reasonable
23 accommodation to A-8. The Port District shall use its best efforts
24 to make the portion of A-9 that is closest to the dinghy dock at
25 the foot of Laurel Street (i.e., the eastern portion of A-9)
26 available to persons with disabilities who receive a permit to use
27 A-9.

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
402 WEST BROADWAY, 13TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3542

EXHIBIT  A

1        3.    The  Port  District  shall  also  appoint  the  Executive
2   Director  or  his  or  her  designee  to  consider  and  act  upon  any
3   written requests for a reasonable accommodation from persons with
4   a disability who seek an accommodation in the Port District's
5   anchorage and mooring regulations and who cannot be accommodated by
6   the use of A-9 or who are unable to obtain one of the four permits
7   to use A-9.  Prior to acting on the written request, the Executive
8   Director  or  his  or  her  designee  shall  engage  in  a  reasonable
9   accommodation interactive process with the applicant.  Thereafter,
10   the  Executive  Director  or  his  or  her  designee  shall  make  a
11   decision on the written request, taking into account all factors
12   that are permitted under the Americans with Disabilities Act,
13   including, without limitation, whether the request constitutes a
14   reasonable accommodation or a fundamental alteration in the Port
15   District's service, program or activity.  The financial impact of
16   any proposed accommodation shall also be assessed.  In acting upon
17   the written request, the Executive Director or his or her designee
18   may issue additional permits to anchor in A-9.

19

20        4.    Court  costs  and  reasonable  attorney  fees  incurred  by
21   Plaintiff in connection with this "Anchoring Claim," as the

22

23

24

25

26

27

28



EXHIBIT $\underline{A}$

1 │ "Anchoring Claim" is defined in the May 2000 Settlement Agreement,

2 │ from May 1, 2000 to November 17, 2000.

3

4 │ Dated: ___November 17, 2000___          BEST BEST & KRIEGER LLP

5

6

        By: _____
7                Shawn D. Hagerty
                 Attorneys for Defendant
8                SAN DIEGO UNIFIED PORT
                 DISTRICT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
402 WEST BROADWAY, 13TH FLOOR
SAN DIEGO, CALIFORNIA 92101-3542

-4-          EXHIBIT $\frac{A}{6}$

# Boat Dock Evaluation Sheet
## Summary

| LOCATION | TOTAL SCORE |
|---|---|
| A1-B (Shelter Island Launching Ramp) | 1750 |
| A-2 America's Cup Harbor | 1635 |
| A-3 Mooring at Laurel Street | 2000 |
| A-4 at Entrance of Glorietta Bay | 1335 |
| A-5 Glorietta Bay | 1475 |
| Harbor Island/Spanish Landing | 1120 |
| Chula Vista Boat Ramp | 1710 |
| A-8 Free Anchorage/Pepper Park | 1810 |
| A-9 Convair Lagoon Cruiser Anchorage | 240 |



on of Dock: **A1-B (Shelter Island Launching Ramp)**

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| st Number of People | 5 | 7 | 35 | Wait list for mooring balls; ramp heavily used |
| sible Parking | 15 | 6 | 90 | Yes, but must use traffic lane |
| Transportation | 20 | 0 | 0 | None |
| sible Restroom and Other ...ies | 20 | 8 | 160 | Yes |
| Events | 20 | 6 | 120 | Yes, Humphreys |
| of Travel | 20 | 2 | 40 | Dinghy landing on beach; curb at the head of dock |
| ng | 20 | 8 | 160 | Good at head of dock |
| Access | 20 | 5 | 100 | high/low tide difficulty w/ gangway; curb @ head of dock |
| Aboards | 15 | 7 | 105 | Wait list for mooring balls; 1 yr. time limit |
| hones | 20 | 9 | 180 | Yes |
| ge | 15 | 5 | 75 | Yes; for parking only |
| h Ramp and Dock | 15 | 10 | 150 | Wide launch ramp; good condition |
| te Conditions | 20 | 6 | 120 | More stable than S. Bay |
| ng | 15 | 5 | 75 | Fishing pier 1/4 mile to North |
| orage | 20 | 8 | 160 | Mooring balls nearby w/ approx. 100 balls |
| national Opportunities | 20 | 9 | 180 | excellent; park/picnicing |
| | **Total** | | **1750** | |

EXHBIT $\frac{B}{8}$



BOAT DOCK EVALUATION SHEET

Location of Dock: A-2 America's Cup Harbor

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People Currently Using the Dock | 5 | 7 | 35 | Busy |
| Accessible Parking | 15 | 6 | 90 | Yes; but limited in number |
| Public Transportation | 20 | 4 | 80 | Bus Service on Harbor Dr. or Rosecrans |
| Accessible Restroom and Other Facilities | 20 | 8 | 160 | Yes; on dinghy dock |
| Public Events | 20 | 2 | 40 | Not really; @ least 1 mile away |
| Path of Travel | 20 | 6 | 120 | Dinghy dock w/ crowded conditions |
| Lighting | 20 | 8 | 160 | Good @ head of dock |
| Dock Access | 20 | 6 | 120 | Good; but dinghy dock is crowded |
| Live Aboards | 15 | 8 | 120 | one year limit on mooring balls (many exist) |
| Telephones | 20 | 9 | 180 | Yes |
| Signage | 15 | 5 | 75 | For Parking |
| Launch Ramp and Dock | 15 | 0 | 0 | No launch ramp |
| Climate Conditions | 20 | 10 | 200 | Very well protected |
| Fishing | 15 | 1 | 15 | W/ License |
| Anchorage | 20 | 9 | 180 | Extensive; very well protected |
| Recreational Opportunities | 20 | 3 | 60 | Not very close |
| | Total | | 1635 | |

EX HIBIT B

Location of Dock: A-3  Mooring @ Morrow Street

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People | 5 | 8 | 40 | Many boats moored here |
| Currently Using the Dock | | | | |
| Accessible Parking | 15 | 6 | 90 | One strip; not much |
| Public Transportation | 20 | 8 | 160 | Trolley station @ County Admin. Bldg |
| Accessible Restroom and Other Facilities | 20 | 10 | 200 | Yes |
| Public Events | 20 | 7 | 140 | Close to Downtown |
| Path of Travel | 20 | 9 | 180 | High/low tide steepness problem; 3 docks; no curb |
| Lighting | 20 | 10 | 200 | Good on sidewalk and on dock |
| Dock Access | 20 | 10 | 200 | 3 docks; don't need curb cut |
| Live Aboards | 15 | 8 | 120 | Many mooring balls |
| Telephones | 20 | 10 | 200 | Yes |
| Signage | 15 | 5 | 75 | Yes, for parking only |
| Launch Ramp and Dock | 15 | 0 | 0 | 3 dinghy docks; no launch ramp |
| Climate Conditions | 20 | 5 | 100 | Rough in storms |
| Fishing | 15 | 1 | 15 | w/ license |
| Anchorage | 20 | 8 | 160 | mooring |
| Recreational Opportunities | 20 | 6 | 120 | downtown |
| | Total | | 2000 | |

Location of Dock: A-4 @ Entrance of Glorietta Bay

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People Currently Using the Dock | 5 | 6 | 30 | No Dock |
| Accessible Parking | 15 | 7 | 105 | Yes, very adequate |
| Public Transportation | 20 | 4 | 80 | Bus |
| Accessible Restroom and Other Facilities | 20 | 8 | 160 | Yes |
| Public Events | 20 | 8 | 160 | Yes at the Park |
| Path of Travel | 20 | 1 | 20 | Sandy beach |
| Lighting | 20 | 5 | 100 | poor |
| Dock Access | 20 | 0 | 0 | No Dock; sandy beach — ~~put in~~ |
| Live Aboards | 15 | 6 | 90 | Many mooring balls w/ 1 yr. limit |
| Telephones | 20 | 8 | 160 | Yes, but not near dinghy beach |
| Signage | 15 | 5 | 75 | Yes, for parking |
| Launch Ramp and Dock | 15 | 0 | 0 | No launch ramp |
| Climate Conditions | 20 | 3 | 60 | Not protected |
| Fishing | 15 | 1 | 15 | w/ license off boat |
| Anchorage | 20 | 6 | 120 | many live aboards |
| Recreational Opportunities | 20 | 8 | 160 | good opportunities w/ park nearby |
| | | Total | 1335 | |

Location of Dock: A-5 Glorietta Bay

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People Currently Using the Dock | 5 | 3 | 15 | Permitted use 3 days/wk |
| Accessible Parking | 15 | 5 | 75 | Yes, but far away |
| Public Transportation | 20 | 5 | 100 | Bus on strand |
| Accessible Restroom and Other Facilities | 20 | 8 | 160 | Yes, but Coronado owned/operated |
| Public Events | 20 | 6 | 120 | Park and Golf Course nearby |
| Path of Travel | 20 | 7 | 140 | Sandy Beach or Coronado Dock |
| Lighting | 20 | 6 | 120 | Not good; Lighting is nowhere near head of dock |
| Dock Access | 20 | 8 | 160 | Good, but is Coronado owned |
| Live Aboards | 15 | 1 | 15 | 3 days per wk. usage limits live aboards |
| Telephones | 20 | 9 | 180 | Yes |
| Signage | 15 | 5 | 75 | For parking |
| Launch Ramp and Dock | 15 | 0 | 0 | Coronado's |
| Climate Conditions | 20 | 6 | 120 | Bad during storms > but picturing (?) |
| Fishing | 15 | 1 | 15 | with license |
| Anchorage | 20 | 1 | 20 | 3 days per wk. usage limits live aboards |
| Recreational Opportunities | 20 | 8 | 160 | Park and Golf Course nearby |
| Total | | | 1475 | |

Location of Dock: Harbor Island/Spanish Landing

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People Currently Using the Dock | 5 | 6 | 30 | None, but weekend use |
| Accessible Parking | 15 | 7 | 105 | Plenty for current use |
| Public Transportation | 20 | 4 | 80 | None |
| Accessible Restroom and Other Facilities | 20 | 8 | 160 | Yes |
| Public Events | 20 | 1 | 20 | None |
| Path of Travel | 20 | 1 | 20 | Sandy Beach |
| Lighting | 20 | 7 | 140 | On sidewalk; not near water |
| Dock Access | 20 | 0 | 0 | No dock |
| Live Aboards | 15 | 0 | 0 | None |
| Telephones | 20 | 9 | 180 | Yes |
| Signage | 15 | 5 | 75 | Yes for Parking |
| Launch Ramp and Dock | 15 | 0 | 0 | Doesn't exist |
| Climate Conditions | 20 | 10 | 200 | Very well protected |
| Fishing | 15 | 2 | 30 | Off rocks w/ license |
| Anchorage | 20 | 0 | 0 | Not permitted by ordinance |
| Recreational Opportunities | 20 | 4 | 80 | Small park |
| | | Total | 1120 | |

B

Location of Dock: **Chula Vista Boat Ramp**

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People Currently Using the Dock | 5 | 9 | 45 | Many people use the launch |
| Accessible Parking | 15 | 8 | 120 | Good parking |
| Public Transportation | 20 | 0 | 0 | None |
| Accessible Restroom and Other Facilities | 20 | 9 | 180 | Yes |
| Public Events | 20 | 5 | 100 | Park on site |
| Path of Travel | 20 | 8 | 160 | Very good but steep |
| Lighting | 20 | 10 | 200 | Very good |
| Dock Access | 20 | 7 | 140 | Good; but is steep |
| Live Aboards | 15 | 2 | 30 | None |
| Telephones | 20 | 9 | 180 | Yes |
| Signage | 15 | 5 | 75 | For parking |
| Launch Ramp and Dock | 15 | 9 | 135 | Excellent; but steep @ head of docks |
| Climate Conditions | 20 | 7 | 140 | Protected, but located in S. Bay Water outside of launch ramp area could be very rough |
| Fishing | 15 | 3 | 45 | Fishing pier close but difficult to get to |
| Anchorage | 20 | 0 | 0 | None; but for Marina tenants |
| Recreational Opportunities | 20 | 8 | 160 | Park on site |
| | Total | | 1710 | |

EXHIBIT **B**

**Location of Dock: A-8 Free Anchorage/Pepper Park**

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People Currently Using the Dock | 5 | 4 | 20 | 40-50 live aboards; launch ramp |
| Accessible Parking | 15 | 8 | 120 | Plenty of parking |
| Public Transportation | 20 | 0 | 0 | None |
| Accessible Restroom and Other Facilities | 20 | 9 | 180 | Yes |
| Public Events | 20 | 2 | 40 | If offered @ park (e.g. movie once/year) |
| Path of Travel | 20 | 8 | 160 | Good; no curb cut needed |
| Lighting | 20 | 8 | 160 | Good |
| Dock Access | 20 | 7 | 140 | Good; except for steepness of ramp |
| Live Aboards | 15 | 10 | 150 | 40-50 boats |
| Telephones | 20 | 10 | 200 | Yes |
| Signage | 15 | 5 | 75 | Yes; for parking |
| Launch Ramp and Dock | 15 | 9 | 135 | Yes; Wide; launch ramp is, however, steep |
| Climate Conditions | 20 | 2 | 40 | Worst |
| Fishing | 15 | 10 | 150 | Public fishing dock very close |
| Anchorage | 20 | 4 | 80 | free; but far from dock |
| Recreational Opportunities | 20 | 8 | 160 | park/fishing pier |
| | | **Total** | **1810** | |

*Compare to Silver (?) A-5*

0000005

EXHIBIT B

BOAT DOCK EVALUATION SHEET

Location of Dock: A-9 Convair Lagoon Cruiser Anchorage .

| Criteria | Weight | Score (1 thru 10) | Subtotal (Score x Weight) | Comments |
|---|---|---|---|---|
| Largest Number of People Currently Using the Dock | 5 | 6 | 30 | Many persons anchor |
| Accessible Parking | 15 | 0 | 0 | None |
| Public Transportation | 20 | 0 | 0 | None |
| Accessible Restroom and Other Facilities | 20 | 1 | 20 | Nearest is approximately one mile away |
| Public Events | 20 | 0 | 0 | None |
| Path of Travel | 20 | 1 | 20 | No Dinghy landing |
| Lighting | 20 | 0 | 0 | None |
| Dock Access | 20 | 1 | 20 | Far from Anchorage |
| Live Aboards | 15 | 1 | 15 | Yes, but only for 30 days w/ 90 day extension |
| Telephones | 20 | 0 | 0 | None |
| Signage | 15 | 0 | 0 | None |
| Launch Ramp and Dock | 15 | 0 | 0 | Doesn't exist |
| Climate Conditions | 20 | 4 | 80 | Rough: 4-5' swells |
| Fishing | 15 | 1 | 15 | W/ license off boat |
| Anchorage | 20 | 2 | 40 | Generally out of county residents and Out of County registered boats. |
| Recreational Opportunities | 20 | 0 | 0 | None |
| | | Total | 240 | |

000228G

B