**SAN DIEGO UNIFIED PORT DISTRICT**
**DUANE E. BENNETT, ESQ. (SBN 110202)**
**PORT ATTORNEY**
**ELLEN BROSS MILES, ESQ. (SBN 149127)**
**DEPUTY PORT ATTORNEY**
**3165 Pacific Highway**
**P.O. Box 120488**
**San Diego, CA 92112-0488**
**Phone:      (619) 686-6219**
**Fax:          (619) 686-6444**

Attorneys for Defendant,
SAN DIEGO UNIFIED PORT DISTRICT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALLAGHER, | Case No. 08-CV-0886 IEG (RBB) |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)** |
| v. | |
| SAN DIEGO UNIFIED PORT DISTRICT, CITY OF CORONADO, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Defendants respectfully request that the Court take judicial notice of the documents listed in support of its motion to dismiss pursuant to Federal Rule of Evidence 201(b)(1):

1.  Agenda Sheet of the Board of Port Commissioner's meeting regarding §4.36, dated August 22, 2000;

2.  Original Ordinance 2107 (§4.36), dated August 22, 2000;

3.  Settlement Agreement and Release of Claims dated August 8, 2000 in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH);

4.  Third Offer of Judgment in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH), dated 11/17/00;

5. Plaintiff's Acceptance of Third Offer of Judgment in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH), dated 11/27/00;

6. UPD Code §4.38, dated June 3, 2003;

7. Completion Report submitted by District to the United States Army Corps of Engineers, dated May 15, 2003;

8. Agenda Sheet of the Board of Port Commissioner's December 6, 2005 meeting;

9. Minutes from the December 6, 2005 Board of Commissioner's meeting;

10. Agenda Sheet of the Board of Port Commissioner's May 2, 2006 meeting;

11. Minutes from the May 2, 2006 Board of Commissioner's meeting;

12. Agenda Sheet of the Board of Port Commissioner's June 6, 2006 meeting;

13. Minutes from the June 6, 2006 Board of Port Commissioner's meeting;

14. Agenda Sheet of the Board of Port Commissioner's September 5, 2006 meeting;

15. Minutes from September 5, 2006 Board of Port Commissioner's meeting;

16. Letter to John Gallagher from Ellen Gross Miles, dated July 6, 2007;

17. Order Granting Defendants' Motion to Dismiss Without Prejudice, dated 4/4/07, in *Renard v. San Diego Unified Port District*, 06-CV-2665 H (BLM); and

18. Plaintiff's Notice of Motion and Motion to Enforce Judgment, with accompanying documents, dated November 1, 2002, in *Gallagher v. San Diego Unified Port District*, 98-CV-0615 J (JAH).

Respectfully submitted,

Dated: August 5, 2008        SAN DIEGO UNIFIED PORT DISTRICT
                             DUANE E. BENNETT
                             PORT ATTORNEY

                             By: s/ Ellen Gross Miles
                                 ELLEN GROSS MILES
                                 Deputy Port Attorney
                                 Attorney for Defendants
                                 egmiles@portofsandiego.org