*Gallagher v. San Diego Unified Port District, et al.*
Case No. 08-CV-0886 IEG (RBB)

## CERTIFICATE OF SERVICE

The following document(s) are associated with this transaction:

**DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE**

**Notice will be electronically mailed to:**

N/A

**Notice will be delivered by other means to:**

John Gallagher
P.O. Box 712473
Santee, CA 92072
(619) 379-8279
(via first class mail)

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August, 2008, at San Diego, California.

                        By:  s/Ellen Gross Miles
                            E-mail: egmiles@portofsandiego.org