1  Steven E. Boehmer (#144817)
   Carrie L. Mitchell (#221845)
2  McDOUGAL, LOVE, ECKIS,
   SMITH, BOEHMER & FOLEY
3  460 North Magnolia Avenue
   El Cajon, California 92020
4  (619) 440-4444/Fax (619) 440-4907

5  Attorneys for Defendant: CITY OF CORONADO

6

7

8
                       UNITED STATES DISTRICT COURT
9
                      SOUTHERN DISTRICT OF CALIFORNIA
10

11
   JOHN GALLAGHER,                    )   Case No. 08-CV-0886 IEG (RBB)
12                                    )
                  Plaintiff,          )   NOTICE OF MOTION AND MOTION
13                                    )   TO DISMISS PURSUANT TO
   v.                                 )   FEDERAL RULES OF CIVIL
14                                    )   PROCEDURE, RULE 12(b)(6),
   SAN DIEGO UNIFIED PORT             )   ALTERNATIVELY, FOR A MORE
15 DISTRICT; CITY OF CORONADO, and    )   DEFINITE STATEMENT
   DOES 1 through 20, inclusive,      )
16                                    )   Date:  September 15, 2008
                  Defendants.         )   Time:  10:30 a.m.
17                                    )   Courtroom 1
                                      )
18

19 TO: PLAINTIFF, JOHN GALLAGHER:

20         NOTICE IS HEREBY GIVEN that on September 15, 2008 at 10:30 a.m., in Courtroom 1,

21 of the United States District Court located at 940 Front Street, San Diego, California, defendant,

22 CITY OF CORONADO will and hereby does move the court for a motion to dismiss the complaint

23 pursuant to rule 12(b)(6), or in the alternative, for a more definite statement on the grounds that

24 plaintiff's complaint fails to assert any cause of action against the City and fails to make any

25 allegation of material fact against the City.

26 / / /

27 / / /

28 / / /

---
1

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE,
RULE 12(b)(6), ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT

| | |
|---|---|
| 1 | This motion is based upon this notice of motion and accompanying memorandum of points |
| 2 | and authorities, and upon such other matters as may be presented to the court at the time of the |
| 3 | hearing. |

DATED: August 7, 2008

McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY

By: _____
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendant: CITY OF CORONADO

2

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6), ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT