1  Steven E. Boehmer (#144817)
   Carrie L. Mitchell (#221845)
2  McDOUGAL, LOVE, ECKIS,
   SMITH, BOEHMER & FOLEY
3  460 North Magnolia Avenue
   El Cajon, California 92020
4  (619) 440-4444/Fax (619) 440-4907

5  Attorneys for Defendant: CITY OF CORONADO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JOHN GALLAGHER, | Case No. 08-CV-0886 IEG (RBB) |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6), ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT** |
| v. | |
| SAN DIEGO UNIFIED PORT DISTRICT; CITY OF CORONADO, and DOES 1 through 20, inclusive, | |
| Defendants. | Date: September 15, 2008<br>Time: 10:30 a.m.<br>Courtroom 1 |

**TO: PLAINTIFF, JOHN GALLAGHER:**

NOTICE IS HEREBY GIVEN that on September 15, 2008 at 10:30 a.m., in Courtroom 1, of the United States District Court located at 940 Front Street, San Diego, California, defendant, CITY OF CORONADO will and hereby does move the court for a motion to dismiss the complaint pursuant to rule 12(b)(6), or in the alternative, for a more definite statement on the grounds that plaintiff's complaint fails to assert any cause of action against the City and fails to make any allegation of material fact against the City.

///

///

///

1       This motion is based upon this notice of motion and accompanying memorandum of points
2 and authorities, and upon such other matters as may be presented to the court at the time of the
3 hearing.

4 DATED: August 7, 2008            McDOUGAL, LOVE, ECKIS,
                                                SMITH, BOEHMER & FOLEY

By: /s/ Carrie Mitchell
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendant: CITY OF CORONADO

2

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE,
RULE 12(b)(6), ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT