Steven E. Boehmer (#144817)
Carrie L. Mitchell (#221845)
McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY
460 North Magnolia Avenue
El Cajon, California 92020
(619) 440-4444/Fax (619) 440-4907

Attorneys for Defendant: CITY OF CORONADO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GALLAGHER,<br><br>    Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED PORT DISTRICT; CITY OF CORONADO, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 08-CV-0886 IEG (RBB)<br><br>**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6), OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>Date: September 15, 2008<br>Time: 10:30 a.m.<br>Honorable Irma E. Gonzalez<br>Courtroom: 1 |

Defendant, City of Coronado ("City"), respectfully submits the following reply to plaintiff's opposition to motion to dismiss.

Plaintiff's opposition to the City's motion is based upon his assertion that because paragraph 12 of the complaint asserts that "the Port District and the City have continued to do nothing in regard to ADA accommodation, or access to boat ramps and dock ramps within ADA anchorage 9 and the City of Coronado" and this allegation is incorporated into the ensuing causes of action, he has made sufficient factual allegations against the City. (Pl.s Opp at 7:11-16.)

All factual allegations of the complaint are directed specifically against San Diego Unified Port District only, including that the Port District owns, controls and operates the

1  facilities subject to the suit and that it was the Port District that discriminated against the plaintiff
2  by denying him access. (Am. Complt. at ¶¶ 2, 3, 5, 6, 10, 11, 13.) Plaintiff specifically alleges
3  that all the acts complained of were committed by the Port District and only seeks relief against
4  the Port District. Such allegations against the Port District do not assert a legal theory against the
5  City or support a cognizable legal claim to which the City could reasonably respond.
6        The City, therefore, requests that the Court dismiss the complaint against it in its entirety,
7  or in the alternative, require plaintiff to provide a more definite statement so that the City will be
8  informed of the allegations against it.
9  DATED:  September 8, 2008

McDOUGAL, LOVE, ECKIS,
SMITH, BOEHMER & FOLEY

By:_____
Steven E. Boehmer
Carrie L. Mitchell
Attorneys for Defendant: CITY OF CORONADO

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT**