**Gallagher v. City of Coronado**
**Case No. 08-CV-0886 IEG (RBB)**

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 460 North Magnolia, El Cajon, California 92020.

On September 8, 2008, I served the within documents:

**REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6), OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

( X ) BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

( X ) BY U.S. MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with he U.S. Postal Service, and that said document(s) were deposited with the U.S. Postal Service this same day in the ordinary course of business to the addressee(s) as noted below.

| | |
|---|---|
| John Gallagher<br>PO Box 712473<br>Santee, CA 92072<br>**Plaintiff In Pro Per** | Duane E. Bennett, Esq.<br>Ellen Bross Miles, Esq.<br>San Diego Unified Port District<br>3165 Pacific Highway<br>P.O. Box 120488<br>San Diego, CA 92112<br>Attorneys for Defendant San Diego Unified Port District |

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

/ / /

/ / /

1
2    I declare, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.
3
     Executed on September 8, 2008, at San Diego, California.
4
5
                                                    /s/ Andrea M. Cesario
6                                           _____
                                            Andrea M. Cesario
7                                           McDougal, Love, Eckis, Smith,
                                            Boehmer & Foley
8                                           460 North Magnolia
9                                           El Cajon, CA 92020
                                            Tel: 619.440.4444
10                                          Fax: 619.440.4907
11                                          Email: acesario@mclex.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28