

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Gallagher | Civil Action No.   08cv0886 AJB(WVG) |
| **Plaintiff,** | |
| V. | |
| San Diego Unified Port District, City of Coronado, and Does 1 through 20, inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The District's motion for summary judgment, under Nassar's but-for causation standard, is granted. Judgment is entered in favor of Defendant and against Plaintiff.

| | |
|---|---|
| **Date:**   8/22/14 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ C. Ecija<br>C. Ecija, Deputy |